**Order entered May 14, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00191-CV

### BALTASAR D. CRUZ, Appellant

### V.

### JAMES VAN SICKLE, ET AL., Appellees

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-09275**

## ORDER

The Court has before it appellant's May 10, 2013 unopposed motion for extension of time to file his brief. The Court **GRANTS** the motion and **ORDERS** appellant to file his brief by June 17, 2013. No further extensions will be granted without a showing of exceptional circumstances.

/s/     ELIZABETH LANG-MIERS
          JUSTICE